

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2020

No. 04-20-00086-CV

**IN RE LMDJ,** et al.,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00216
Honorable Martha Tanner, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id*.

Appellant has filed a motion for extension of time to file the brief until two (2) days after the date the trial court clerk files a supplemental clerk's record containing the nunc pro tunc final order of termination signed by the trial court on March 20, 2020. Appellant's motion is GRANTED; it is ORDERED that appellant's brief must be filed no later than two (2) days after the date the supplemental clerk's record is filed. Because the supplemental clerk's record has not been filed in this court, it is FURTHER ORDERED that the trial court clerk file the supplemental clerk's record in this court by no later than April 15, 2020.

Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2020.

MICHAEL A. CRUZ,
Clerk of Court